# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL REEVES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-487-WDS** |
| ) | |
| **STATE OF ILLINOIS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This action was originally filed in the Circuit Court for the First Judicial District in Massac County, Illinois. After entering their appearances, Defendants filed a notice of removal to this District and paid the full filing fee. Now before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 17). Presumably this motion was prompted by the Court's denial of his motion for appointment of counsel, when the Court stated that "he has not yet sought or been granted leave to proceed *in forma pauperis* in this action." *See* Doc. 10.

The Court finds that Plaintiff is, in fact, indigent. Accordingly, the instant motion is **GRANTED**. Because Defendants already paid the filing fee, the Court need not assess and collect the filing fee from Plaintiff. *See* 28 U.S.C. § 1915.

IT IS SO ORDERED.

DATED: August 23, 2006

s/ WILLIAM D. STIEHL
DISTRICT JUDGE